Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BIRDIE BIMBERG, as Administratrix of the Estate of JOHN K. BIMBERG, Deceased, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Successor Trustee v. HARRIMAN BUILDING CORPORATION et al. LEE S. BUCKINGHAM et al. CARROLL DUNHAM, 3RD, et al. ROBERT S. HIRSCH.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

E. AWAD & SONS, INC. v. THE DE LA RAMA STEAMSHIP CO., INC.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARY S. BUTLER v. 37 BROMPTON CORPORATION.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

RAY E. N. METH v. NORMAN P. S. SCHLOSS et al., Impleaded with Another.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANDREW PROKOPETS v. CHICAGO PNEUMATIC TOOL COMPANY OF NEW JERSEY.

Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of GRAND CENTRAL THEATRE, INC., against MOVING PICTURE MACHINE OPERATORS UNION, LOCAL 306.- Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of THE CITY OF NEW YORK, Relative to Acquiring Title Required for the Extension of the WARD'S ISLAND SEWAGE TREATMENT WORKS in the Borough of Manhattan. ALMERINDO PORTFOLIO, as Treasurer of the City of New York. CHARLES H. JONES et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH CURRAN, as President of the National Maritime Union of America, v. WALTER WINCHELL et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of ROBERT B. SMITH et al. against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al. Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of ROBERT B. SMITH et al. against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of ROBERT B. SMITH et al. against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROSARIO CASTORINA v. MAX ROSEN et al., Doing Business as ROSE STREET GARAGE, Impleaded with Another.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.